◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM PUARTO, Appellant. [668 NYS2d 485] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered September 13, 1995, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual

review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. O'Brien, J. P., Sullivan, Friedmann and Goldstein, JJ., concur.